(124 So. 916)

**ALABAMA FUEL & IRON CO. v. Joe BASS, pro ami.  (6 Div. 451.)**

Supreme Court of Alabama.  Oct. 17, 1929.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM.  Appeal dismissed by agreement.

(124 So. 916)

**ALABAMA POWER CO. v. R. H. BOLIN.  (6 Div. 251.)**

Supreme Court of Alabama.  Oct. 10, 1929.

Appeal from Circuit Court, Marion County; Ernest Lacy, Judge.

PER CURIAM.  Appeal dismissed by agreement.

(124 So. 916)

**ASHLAND KNITTING MILLS et al. v. E. P. GAY, Judge, etc.  (7 Div. 915.)**

Supreme Court of Alabama.  Oct. 31, 1929.

Original petition for mandamus.

PER CURIAM.  Petition dismissed for want of prosecution.

(124 So. 916)

**Roy COFIELD v. CITY OF ANNISTON.  (7 Div. 910.)**

Supreme Court of Alabama.  Oct. 17, 1929.

Certiorari to Court of Appeals.

BROWN, J.  Petition of Roy Cofield for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cofield v. City of Anniston, 124 So. 920.

Writ denied, on authority of Lawson v. State, 219 Ala. 461, 122 So. 467.

SAYRE, THOMAS, and BOULDIN, JJ., concur.

(124 So. 916)

**CONTINENTAL GIN CO. v. Mrs. J. T. CONNELL.  (6 Div. 392.)**

Supreme Court of Alabama.  Oct. 24, 1929.

Petition for certiorari to Circuit Court, Jefferson County; John Denson, Judge.

Bradley, Baldwin, All & White and W. M. Neal, all of Birmingham, for appellant.

Coleman, Coleman, Spain & Stewart and H. H. Grooms, all of Birmingham, for appellee.

SAYRE, J.  The facts shown by the trial judge's finding in this cause are more favorable to the workman's right to compensation than were the facts shown in Dean v. Stockham Pipe & Fittings Co., ante, p. 25, 123 So. 225, which, otherwise, it closely resembles. On the authority of that case, the judgment here in question is affirmed.

Writ denied; judgment affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(124 So. 916)

**CONTINENTAL INS. CO. OF NEW YORK v. J. O. ALLEN.  (5 Div. 28.)**

Supreme Court of Alabama.  Nov. 14, 1929.

Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM.  Appeal dismissed on motion of appellant.

(124 So. 916)

**CONTINENTAL INS. CO. OF NEW YORK v. BANK OF CAMP HILL.  (5 Div. 30.)**

Supreme Court of Alabama.  Nov. 14, 1929.

Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM.  Appeal dismissed on motion of appellant.